UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HONG LONG JIANG,<br><br>                              Plaintiff,<br><br>-against-<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>                              Defendants. | 22-cv-8897 (AS)<br><br>NOTICE OF REASSIGNMENT |

ARUN SUBRAMANIAN, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Additionally, by **October 10, 2023, at 5:00 p.m.**, Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendants, and (3) Plaintiff's efforts to serve Defendants. The letter shall not exceed two (2) pages.

SO ORDERED.

Dated: October 5, 2023
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge